**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MCMILLIAN FABRICATION WORKS, INC.**                              **PLAINTIFF**

**VS.**                              **NO. 3:05-CV-00248-JLH**

**NUCOR CORPORATION and**
**DECKER INDUSTRIES, INC.**                              **DEFENDANTS**

<u>**ORDER**</u>

Having been apprized that McMillian Fabrication Works, Inc. ("McMillian") and Nucor Corporation ("Nucor") have settled their dispute in this matter, the Court hereby dismisses with prejudice, McMillian's Complaint as against Nucor. The Court's dismissal does not affect Nucor's Cross-Claim against its co-defendant, Decker Industries, Inc. which remains pending before the Court.

IT IS SO ORDERED this 15th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

1