## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| MCMILLIAN FABRICATION WORKS, INC. | PLAINTIFF |
| v. NO. 3:05CV00248 JLH | |
| DECKER INDUSTRIES, INC. | DEFENDANT |
| NUCOR CORPORATION | CROSS-CLAIMANT |
| v. | |
| DECKER INDUSTRIES, INC. | CROSS-DEFENDANT |

## ORDER

Nucor Corporation has filed a motion to dismiss its cross-claim against Decker Industries, Inc., by reason of settlement. Document #6. The motion is GRANTED. Nucor Corporation's cross-claim against Decker Industries, Inc., is hereby dismissed with prejudice.

IT IS SO ORDERED this 18th day of September, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE