# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MCMILLIAN FABRICATION WORKS, INC.                                                    PLAINTIFF

v.                                          NO. 3:05CV00248 JLH

DECKER INDUSTRIES, INC.                                                              DEFENDANT

NUCOR CORPORATION                                                                CROSS-CLAIMANT

v.

DECKER INDUSTRIES, INC.                                                         CROSS-DEFENDANT

## AMENDED AND SUBSTITUTED ORDER

Nucor Corporation has filed a motion to dismiss its cross-claim against Decker Industries, Inc., by reason of settlement. Document #6. The motion is GRANTED. Nucor Corporation's cross-claim against Decker Industries, Inc., is hereby dismissed without prejudice.

IT IS SO ORDERED this 18th day of September, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE