# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MCMILLIAN FABRICATION WORKS, INC.                                    PLAINTIFF

v.                              NO. 3:05CV00248 JLH

DECKER INDUSTRIES, INC.                                              DEFENDANT

## ORDER

All claims against Decker Industries, Inc., whether asserted by McMillian Fabrication Works, Inc., or Nucor Corporation, are dismissed without prejudice. The Clerk is directed to terminate this case from the Court's docket.

IT IS SO ORDERED this 31st day of January, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE